IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL DWAYNE MORGAN,

    Plaintiff,

vs.                                CASE NO. 5:08cv169/RS-AK

CORRECTIONS CORPORATION OF
AMERICA, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 15). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Plaintiff's Amended Complaint (Doc. 11) is dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C.. §1915(e)(2).

3. The clerk is directed to close the file, and the clerk is directed to note on the docket that this case was dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

4. The clerk is directed to close the file.

**ORDERED** on February 6, 2009.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**