IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL DWAYNE MORGAN,

    Plaintiff,

vs.                     CASE NO. 5:08cv169/RS-AK

CORRECTIONS CORPORATION OF
AMERICA,

    Defendant.

_____/

## ORDER

Plaintiff's Motion To Set Aside Default And Reinstate Case (Doc. 24) is **denied**.

**ORDERED** on April 26, 2010.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**